

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 ROBERT L. HAMMOCK,

    Defendant.
_____/

Case: 2:22-cr-20116
Judge: Berg, Terrence G.
MJ: Stafford, Elizabeth A.
Filed: 03-03-2022 At 02:56 PM
USA V SEALED MATTER (LG)

18 U.S.C. § 113(a)(8)
18 U.S.C. § 3261(a)(1)

# INDICTMENT

THE GRAND JURY CHARGES:

## General Allegations

At all times relevant to this indictment:

1. The defendant, D-1 ROBERT L. HAMMOCK, was employed by the Armed Forces, as defined by Title 18, United States Code, Section 3267(1), in Japan.

2. D-1 HAMMOCK was residing outside the United States in connection with his employment by the Armed Forces.

3. D-1 HAMMOCK was not a national of, and was not ordinarily a resident in, Japan.

4. The conduct alleged in Count One of the Indictment constitutes an offense which would be punishable by imprisonment for more than one

1

year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

5. The conduct alleged in Count One of the Indictment occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the Eastern District of Michigan, as provided by Title 18, United States Code, Section 3238, in that the last known residence of D-1 HAMMOCK was in the Eastern District of Michigan.

## Count One

### Assault of a Spouse by Strangulation Committed by a Person Employed by the Armed Forces Outside the United States – 18 U.S.C. §§ 113(a)(8), 3261(a)(1)

6. Paragraphs 1 through 5 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

7. On or about July 19, 2021, in or around Sagamihara, Japan, D-1 ROBERT L. HAMMOCK did assault Victim 1, his spouse and intimate partner, by strangling and attempting to strangle Victim 1.

All in violation of Title 18, United States Code, Sections 113(a)(8) and 3261(a)(1).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Michael Taylor*
MICHAEL TAYLOR
Assistant United States Attorney

s/ Kenneth A. Polite, Jr.
KENNETH A. POLITE, JR.
Assistant Attorney General

*s/ John-Alex Romano*
JOHN-ALEX ROMANO
CHELSEA SCHINNOUR
Trial Attorneys

Dated: March 3, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 2:22-cr-20116<br>Judge: Berg, Terrence G.<br>MJ: Stafford, Elizabeth A.<br>Filed: 03-03-2022 At 02:56 PM<br>USA V SEALED MATTER (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: MT |

**Case Title:** USA v. Robert L. Hammock

**County where offense occurred:** _____

**Check One:** ☒ Felony  ☐ Misdemeanor  ☐ Petty

    ✓ Indictment/ ____ Information --- **no prior complaint.**
    ____ Indictment/ ____ Information --- based upon prior complaint [**Case number:** ____ ]
    ____ Indictment/ ____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 3, 2022
Date

Michael Taylor
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9516
Fax: 313-226-2372
E-Mail address: michael.taylor3@usdoj.gov
Attorney Bar #: P79497

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.